**HOBSON, In re.**

Ohio Appeals, Second District, Franklin County.

No. 3786.   Decided March 24, 1945.

W. S. Pealer, Columbus, and D. Curtis Reed, Columbus, for appellant.

Ralph J. Bartlett, Pros. Atty., and E. B. Paxton, Asst. Pros. Atty., Columbus, for appellee.

## OPINION

BY THE COURT:

We are of the opinion the Court has no jurisdiction to hear and determine the issues of law raised in this case, the question having been decided by this Court in **Baker v State, 17 Abs 384.**

The appeal is ordered dismissed.

HORNBECK, P. J., GEIGER and MILLER, JJ., concur.

## ON APPLICATION FOR REHEARING

Decided April 7, 1945.

BY THE COURT:

Submitted on application for rehearing.

We recognize that the jurisdictional question presented in this matter is not free from doubt and there is conflict of

our decision with that in another jurisdiction and diversity even in our own jurisdiction. However, it is our best judgment that the correct determination of the matter is found in **Baker v State, 17 Abs 384,** and **In re Griffin, 73 Oh Ap 110,** which we have followed in at least three other cases in the jurisdiction.

We will certify to the Supreme Court that our judgment in the instant appeal is in conflict with **In re Anteau, 67 Oh Ap 117,** and we trust that the matter will be presented to the Supreme Court where it will be finally adjudicated.

HORNBECK, P. J., GEIGER and MILLER, JJ., concur.